# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1793
LT Case No. 2022-DP-000238-A

_____

R.B., MOTHER OF N.S.B.,
A CHILD,

    Appellant,

    v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
W. Collins Cooper, Judge.

R.B., Mother, Ocala, pro se.

Sarah J. Rumph, of Children's Legal Services, Tallahassee,
for Appellee.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and
Laura J. Lee, Assistant Director of Appeals, of Statewide
Guardian ad Litem Office, Tallahassee, and Robert K. Levenson,
Jr., Hollywood, for Office of the Guardian Ad Litem

September 20, 2023

PER CURIAM.

    AFFIRMED.

EISNAUGLE, BOATWRIGHT, and KILBANE, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____